JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| HAO ZHOU,<br><br>Plaintiff,<br><br>v.<br><br>ALEJANDRO N. MAYORKAS, ET AL.,<br><br>Defendants. | No. 8:23-cv-00845-DOC-ADS<br><br>**ORDER RE:**<br>**JOINT STIPULATION TO STAY THE CASE PENDING ADJUDICATION OF APPLICATION [10]**<br><br>Honorable David O. Carter<br>United States District Judge |

Having read and considered the Joint Stipulation to Stay the Case Pending Adjudication of Application submitted by the parties, and finding good cause therefor,

IT IS HEREBY ORDERED that the instant action shall be stayed August 13, 2024.

Dated: *June 26, 2023*

*[signature]*
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE